■ In the Matter of COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent, v ANTONIO CEPEDA, Appellant. [656 NYS2d 860] —Order, Family Court, New York County, entered March 8, 1996 (Gloria Sosa-Lintner, J.), unanimously affirmed, without costs and without disbursements.

Application by appellant's assigned counsel to withdraw is granted (see, Matter of Louise Wise Servs. [Whyte], 131 AD2d 306). We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Milonas, J. P., Ellerin, Rubin and Mazzarelli, JJ.

■ MARK D. LAWTON, Appellant, v WILLIAM G. HOLT et al., Respondents. [656 NYS2d 252] —Order, Supreme Court, New York County (Barbara Kapnick, J.), entered February 2, 1996, which, in an action arising out of an automobile accident, granted defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Plaintiff's fault for the accident is conclusively established by the uncontested evidence that his car skidded over the double yellow lines separating eastbound from westbound traffic and crashed into defendant's truck, which was lawfully proceeding in an eastbound lane of traffic. No issue of fact is raised by plaintiff's claim that he saw truck lights swerving into his path just before the accident. The skid marks from plaintiff's car and the position of both vehicles immediately after the accident two lanes over from the yellow lines preclude any possibility that defendant's vehicle had veered into plaintiff's lane (see, Andre v Pomeroy, 35 NY2d 361). Concur—Milonas, J. P., Ellerin, Rubin and Mazzarelli, JJ.